IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| BLAZE DANIEL HICKS | § | |
| VS. | § | CIVIL ACTION NO.  9:21-CV-128 |
| BRYAN WEATHERFORD | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Petitioner Blaze Daniel Hicks, a prisoner proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The court ordered that this matter be referred to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends granting the petitioner's motion to dismiss and dismissing the petition without prejudice pursuant to Federal Rule of Civil Procedure 41(a).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record and the pleadings.  No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge (document no. 20) is **ADOPTED**.  Petitioner's motion to

dismiss the petition (document no. 19) is **GRANTED**.  A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

    **SIGNED** this the **28** day of **February, 2022.**

_____
Thad Heartfield
United States District Judge